**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARYLYN HOLLIES**                                                       **CIVIL ACTION**

**VERSUS**                                                                        **NO. 23-904-SDD-RLB**

**ALLSTATE VEHICLE AND PROPERTY**
**INSURANCE COMPANY**

**NOTICE**

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on June 20, 2024.

_____<br>
**RICHARD L. BOURGEOIS, JR.**<br>
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARYLYN HOLLIES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-904-SDD-RLB** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** | |

## REPORT

This Report and Recommendation is issued *sua sponte.* Plaintiff initiated this action on or about August 27, 2023, naming as defendant Allstate Vehicle and Property Insurance Company. (R. Doc. 1). Summons were submitted then issued by the Clerk of Court on November 28, 2023. (R. Docs. 4, 5). Plaintiff filed a summons return indicating defendant was served on December 8, 2023. (R. Doc. 6). On January 30, 2024, the Court entered an Order granting a Motion to Substitute and Enroll Counsel for plaintiff. (R. Docs. 8, 9).

Also on January 30, 2024, the Court entered an Order setting a telephone scheduling conference for April 11, 2024 with a joint status report due by March 28, 2024. (R. Doc. 10). Plaintiff failed to file a joint status report as ordered. The Court entered an Order resetting the telephone scheduling conference and status report to May 30, 2024 and May 16, 2024 respectively. (R. Doc. 12). Plaintiff was advised that failure to file a joint status report would result in an order to show cause being issued. Plaintiff again failed to file a joint status report as directed. A Show Cause order was issued on May 24, 2024. (R. Doc. 14).

In the Court's Order to Show Cause, the Court noted that a review of the record indicated answers were due by December 29, 2023, and no responsive pleadings had been filed by defendant and plaintiff had made no further attempts to prosecute this matter. (R. Doc. 14).

Plaintiff was instructed to show cause why the claim against defendant should not be dismissed under Local Rule 41(b) where no responsive pleadings have been filed or no default has been entered within sixty days after service of process, as well as dismissed for failure to comply with pretrial orders.

A review of the record indicates plaintiff has failed to file a response to the order to show cause and has made no further attempts to prosecute. Further, plaintiff has failed to comply with multiple Court orders.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that this matter be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Signed in Baton Rouge, Louisiana, on June 20, 2024.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**