UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARYLYN HOLLIES

VERSUS

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

CIVIL ACTION

23-904-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 20, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Signed in Baton Rouge, Louisiana the 25 day of July, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.